# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2022

Lyle W. Cayce
Clerk

————————

No. 21-30055

————————

Lesley Ann Saketkoo, *Medical Doctor, Master of Public Health*,

*Plaintiff—Appellant*,

*versus*

Administrators of the Tulane Educational Fund,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-12578

———————————————————

Before Stewart, Ho, and Engelhardt, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.